**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

No.: 5:26-cv-290-M-KS

SARA SPRIDGEN, SARAH CURVIN, and
ROBERT OLSON, *individually and on behalf of*
*all others similarly situated*,

           Plaintiffs,

     v.

EGNYTE, INC.,

           Defendant.

**ORDER**

     For good cause shown, the Parties' Joint Motion to Stay Case Deadlines [DE #14] is

GRANTED. All pending case deadlines, including those deadlines included in the Court's

May 28, 2026 Order, are hereby STAYED pending the Court's resolution of Plaintiffs'

motion for settlement approval.

     This 15th day of July 2026.

KIMBERLY A. SWANK
United States Magistrate Judge